IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS.    ) | Criminal Case No. 4:16CR40022-002 |
| ) | |
| ) | |
| ) | |
| JAMES RUBLE LITTLE ) | |

**ORDER**

Appearing before the Court, in the above styled and number cases, is the United States of America, and the Defendant, James Ruble Little, along with his attorney, Mr. Jeffrey S. Harrelson for a hearing to determine the competency of the Defendant, Mr. Little. Appearing on behalf of the United States is Assistant United States Attorneys Benjamin Wulff and Graham Jones.

Upon review of the Psychiatric Report [ECF 47] filed herein, the Court hereby finds that the Defendant, James Ruble Little, is fully competent and capable of understanding the proceedings against his and able to assist his attorney in his defense. The parties do not object to the Court's finding. Jury trial will commence at 9:00 a.m. on April 17, 2017, in Texarkana, Arkansas.

IT IS SO ORDERED this 31st day of March, 2017.

/s/ Susan O. Hickey
**SUSAN O. HICKEY**
**UNITED STATES DISTRICT JUDGE**